Appendix A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_____ DIVISION

Karmeletia Rice

§
§
§
versus                                    §          CIVIL ACTION NO. 4:13MC 1327
§
Harris Health System          §
§
_____      §
_____      §

## EMPLOYMENT DISCRIMINATION COMPLAINT

1.      This action is brought under Title VII of the Civil Rights Act of 1964 for employment

discrimination. Jurisdiction is conferred by Title 42 United States Code, Section § 2000e-5.

2.      The Plaintiff is:          Karmeletia Rice

        Address:                   2701 W Belfort
                                    Apt 1301

        County of Residence:       Harris

3.      The defendant is:          Harris Health System

        Address:                   2525 Holly Hall
                                    _____

☑      Check here if there are additional defendants. List them on a separate sheet of paper with

        their complete addresses.

4.      The plaintiff has attached to this complaint a copy of the charges filed on 3-25 2013

with the Equal Opportunity Commission.

5.      On the date of 3-25-2013 the plaintiff received a Notice of Right to Sue

letter issued by the Equal Employment Opportunity Commission; a copy is attached.

6.    Because of the plaintiff's:

(a)    ☑    race

(b)    ☐    color

(c)    ☑    sex

(d)    ☐    religion

(e)    ☐    national orgin,

the defendant has:

(a)    ☐    failed to employ the plaintiff

(b)    ☑    terminated the plaintiff's employment

(c)    ☑    failed to promote the plaintiff

(d)    ☐    other:  _____

_____

_____

7.    When and how the defendant has discriminated against the plaintiff:

Workplace supervisor, Manager
participated in sexual harrass
ment and allowed other employees

8.    The plaintiff requests that the defendant be ordered:

(a)    ☐    to stop discriminating against the plaintiff

(b)    ☐    to employ the plaintiff

(c)    ☑    to re-employ the plaintiff

(d)    ☑    to promote the plaintiff

(e)  ☑  to  _Pay for continuation of_
_insurance, medical cost,_
_150, 000 in verbal abuse_ and that;
_and discrimination._

(f)  ☐  the Court grant other relief, including injunctions, damages, costs and

attorney's fees.

_____
(Signature of Plaintiff)

Address:  _2701 W Belfort_
_Apt 1301_

Telephone:  _281-248-7910_